**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6960

LAWRENCE CRAWFORD, a/k/a Jonah Gabriel Jahjah Tishbite,

Appellant,

YAHYA MUQUIT, a/k/a Yahya Muquit,

Petitioner - Appellant,

v.

SCDC WARDEN JOSEPH MCFADDEN,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. R. Bryan Harwell, District Judge. (8:14-cv-03555-RBH)

Submitted: June 14, 2018                    Decided: June 21, 2018

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Crawford, Yahya Muquit, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Crawford and Yahya Muqit appeal the district court's orders denying their Fed. R. Civ. P. 60(b)(3) motion and motion for recusal and stay. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Muqit v. McFadden*, No. 8:14-cv-03555-RBH (D.S.C. June 2, 2017). We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
